AO 245B  (Rev. 06/05 - VAW Additions 6/05) Judgment in Criminal Case
Sheet 2 - Imprisonment

Judgment - Page

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

APR 25 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

DEFENDANT: MICHAEL I. O'DANIEL
CASE NUMBER: DVAW310CR000017-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Twelve (12) Months and One Day. The term consists of 12 months and 1 day on each of Counts One and Six to be served concurrently.

☒ The court makes the following recommendations to the Bureau of Prisons:

Defendant to be incarcerated as close to Warrenton, Virginia as possible to be near his family.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before _____ on _____

☒ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on April 18, 2011 to FCI Cumberland

a Cumberland , with a certified copy of this judgment.

JF Carraway
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL